1  Christopher S. Ruhland (State Bar No. 175054)
   christopher.ruhland@dechert.com
2  Amy L. Rudd (State Bar No. 212737)
   amy.rudd@dechert.com
3  Anna Do (State Bar No. 281327)
   anna.do@dechert.com
4  **DECHERT LLP**
   US Bank Tower
5  633 West 5th Street, 37th Floor
   Los Angeles, CA  90071-2005
6  Telephone:  +1 213 808 5700
   Facsimile:  +1 213 808 5760

7

8  Attorneys for Plaintiff
   BLU-RAY DISC ASSOCIATION
9

FILED

2013 FEB 15  PM 2:51

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY_____

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLU-RAY DISC ASSOCIATION, a California nonprofit mutual benefit corporation,<br><br>Plaintiff,<br><br>v.<br><br>PIVOS TECHNOLOGY GROUP, INC., a California corporation,<br><br>Defendant. | Case No. **CV13-01152-SH**<br><br>**COMPLAINT FOR:**<br><br>**(1) FEDERAL TRADEMARK INFRINGEMENT (15 U.S.C. § 1114);**<br>**(2) FALSE DESIGNATION OF ORIGIN (15 U.S.C. § 1125(A));**<br>**(3) UNFAIR COMPETITION;**<br>**(4) UNFAIR BUSINESS PRACTICES CALIFORNIA BUSINESS & PROFESSIONS CODE §§ 17200 *ET SEQ.*)**<br><br>**DEMAND FOR JURY TRIAL** |

DECHERT LLP
ATTORNEYS AT LAW
LOS ANGELES

COMPLAINT AND DEMAND FOR JURY TRIAL;
CASE NO.

Plaintiff Blu-ray Disc Association ("BDA") alleges as follows:

## JURISDICTION

1. This is a civil action for trademark infringement, and false designation of origin under the Lanham Act 15 U.S.C. §§ 1051 *et seq.*, for unfair competition under California common law, and for unfair business practices under California Business & Professions Code §§ 17200 *et seq.* The Court has subject matter jurisdiction over the trademark claims pursuant to 15 U.S.C. § 1121 and 28 U.S.C. §§ 1331 and 1338, and supplemental jurisdiction over the remaining claims pursuant to 28 U.S.C. § 1367.

2. Venue is proper in this district pursuant to 28 U.S.C. § 1391(b) because defendant Pivos Technology Group, Inc. markets, offers for sale, and sells products bearing the BDA's trademarks and infringing the BDA's trademark rights in this judicial district.

## PARTIES

### A. Plaintiff BDA and The Blu-Ray Disc Format

3. Plaintiff BDA is a California corporation with its principal place of business in Los Angeles, California. Founded in 2004, the BDA is a consortium of companies with an interest in or engaged in the development, manufacture, or sale of products using the Blu-ray Disc format. Among the BDA's more than 150 members are companies from the consumer electronics, information technology, media, and software industries.

4. The aims of the BDA are to develop Blu-ray Disc specifications, to ensure that Blu-ray Disc products are implemented by licensees according to the intent of the specifications, to promote wide adoption of Blu-ray Disc formats and media, and to provide useful information to those interested in supporting Blu-ray Disc formats.

5. The BDA owns significant intellectual property, including several trademarks covering its products and services. Those federal trademark

1 | registrations include:
2 |     a.    **BLU-RAY DISC** (U.S. Reg. No. 2901104) (word only)
3 |     b.    **BLU-RAY 3D** (U.S. Reg. Nos. 4039248 and 4039249)

[Blu-ray 3D logos]

7 |     c.    **B BLU-RAY DISC** (U.S. Reg. No. 3657054)

[Blu-ray Disc logo]

11 |     d.    **B** (U.S. Reg. No. 3657060)

[Blu-ray B logo]

15 |     e.    **BONUS VIEW** (U.S. Reg. No. 4168176)

**BONUS VIEW**

19 |     f.    **BD Live** (U.S. Reg. No. 3538506)

[BD Live logo]

(collectively, the "BDA Trademarks"). The BDA also has common law trademark rights in the BDA Trademarks.

    6.    The BDA Trademarks are licensed for use in various media, including discs, players, and other products that use the BDA's optical disc format for high definition audio-video and high capacity data software applications. A single layer

Blu-ray Disc holds up to 25 gigabytes of data, and a double-layer Blu-ray Disc holds up to 50 gigabytes of data. No other format offers the data capacity of Blu-ray Disc media, and no other format permits the same high video quality and interactive features.

7. Among the most widely sold Blu-ray Disc products is the pre-recorded Blu-ray Disc video – a licensed product that typically contains movies or re-issued television shows in high definition format. The first Blu-ray Disc video titles were released in June 2006. By mid-2008, all major Hollywood studios had announced their support for the Blu-ray Disc video format. Consumers have come to associate the BDA Trademarks with the BDA and with the enhanced video, audio, and playback quality that come with the BDA's licensed Blu-ray Disc videos. The additional storage capacity of Blu-ray Disc videos means that consumers can enjoy high definition movies as well as bonus features (such as "making of the movie" and "special features") on one disc, greatly simplifying the end-user experience. Moreover, the discs themselves offer much stronger resistance to scratches and fingerprints than other existing and proposed formats.

8. To play a Blu-ray Disc video, the user requires a Blu-ray Disc player. The red laser used in ordinary DVD players is not capable of reading the very fine pits of a Blu-ray Disc video or decoding the high definition pictures from a Blu-ray Disc video. Blu-ray Disc players are licensed BDA products manufactured and distributed by leading consumer electronics companies across the globe. As with Blu-ray Disc videos, consumers have come to associate the BDA Trademarks on media players with the BDA and with a superior movie-watching experience. Blu-ray Disc players enable users to seamlessly play Blu-ray Disc videos (as well as DVDs and other video formats), to enjoy the enhanced video and audio quality associated with Blu-ray Disc media, and to easily navigate movies and bonus tracks using the Blu-ray Disc interactive features.

9. Each Blu-ray Disc also contains an .iso image file, comprised of the

1 data contents of every written sector of the optical disc, including the audio and
2 video tracks for the movie to be played. These .iso image files are not intended to
3 be played without an authorized Blu-ray Disc player.

**B. Defendant**

5   10. On information and belief, defendant Pivos Technology Group, Inc.
("Defendant") is a California corporation with its principal place of business at
44073 South Grimmer Boulevard, Fremont, California 94538.

8   11. Defendant currently markets and distributes the AIOS HD media
player, an unlicensed media player that Defendant claims is capable of playing Blu-ray Disc movies. Defendant describes the AIOS player as "a hybrid media center that bridges Multimedia and Internet to your big screen TV" and that is "capable of playback of all the latest video and audio formats."

13  12. On information and belief, Defendant markets and advertises the AIOS media player as a Blu-ray Disc device, both on Defendant's website and through its various distributors. Defendant also uses one or more of the BDA Trademarks on its packaging for the AIOS media player, including the BDA's registered mark, Blu-ray Disc.

18  13. Defendant distributes the AIOS media player through various online retailers, including amazon.com, canadacomputers.com, CompUSA.com, microcenter.com, memoryexpress.com, ncix.com, newegg.com, TigerDirect.com.

**DEFENDANT'S UNLAWFUL CONDUCT**

22  14. On information and belief, Defendant has engaged in the manufacturing, reproduction, marketing, offering for sale, and selling of the AIOS media player, using the BDA Trademarks without permission, in violation of the BDA's trademark rights.

26  15. In particular, on its website, Defendant advertises the AIOS media player as "'THE' Media Center ... *that brings you the best of HD*" and "*that plays EVERYTHING*," including the "most popular media file formats including image

files such as ISO, **Blu-Ray ISO (w/ Navigation)**, IFO, MOV, AVI, MPEG 1/ 2/ 4, H. 264, WMV, MKV, TP, TRP, VOB and many more!"

16. Defendant also uses one or more of the BDA Trademarks on the packaging for the AIOS media player, including the registered mark, Blu-ray Disc.

17. Further, Defendant has republished on its website several reviews of the AIOS media player that expressly tout the player's ability to play back Blu-ray Discs and Blu-ray .iso image files. At least one of those reviews also features the AIOS media player packaging, which also prominently displays one or more of the BDA Trademarks. By republishing these reviews and by marketing the AIOS media player as capable of playing back Blu-ray Disc and Blu-ray .iso image files, Defendant is encouraging and inducing unauthorized end users to purchase and use the AIOS media player to play back Blu-ray Discs and Blu-ray .iso image files without permission and without purchasing an authorized and licensed Blu-ray Disc media player.

18. Defendant's unlicensed use of the BDA Trademarks in its advertising, marketing, and sales of the AIOS media player violates the BDA's trademark rights.

19. The unlicensed media players reproduced, marketed, offered for sale, and sold by Defendant are likely to confuse, deceive, or cause consumers to mistake the products for genuine Blu-ray Disc media players. The BDA has neither authorized nor consented to the use by Defendant of any of the BDA Trademarks, or to the reproduction, marketing, offering for sale, or sale of any media player using the BDA Trademarks.

## FIRST CLAIM FOR RELIEF
## FEDERAL TRADEMARK INFRINGEMENT
### (15 U.S.C. § 1114)

20. The BDA realleges and incorporates herein by reference the allegations in paragraphs 1 through 18.

21. Defendant is using in commerce reproductions, counterfeits, copies, or colorable imitations of one or more of the federally registered BDA Trademarks in connection with its manufacture, importation, advertisement, display, promotion, marketing, distribution, sale and/or offer for sale of the AIOS HD media player.

22. The BDA has not authorized Defendant's use of the BDA Trademarks.

23. Defendant's unauthorized use of any one of the BDA Trademarks is likely to cause confusion, or to cause mistake, or to deceive, in violation of 15 U.S.C. § 1114(1).

24. Defendant acted willfully, with the intent to harm the BDA, and to trade on the BDA's reputation and goodwill.

25. On information and belief, Defendant profited from its infringing conduct.

26. The BDA has suffered damages resulting from Defendant's infringing conduct.

27. By reason of Defendant's infringing conduct, the BDA has suffered, is suffering, and will continue to suffer irreparable harm and, unless Defendant is enjoined, the harm to the BDA will continue. The BDA has no adequate remedy at law.

## SECOND CLAIM FOR RELIEF
## FALSE DESIGNATION OF ORIGIN
## (15 U.S.C. § 1125(a))

28. The BDA realleges and incorporates herein by reference the allegations in paragraphs 1 through 26.

29. Defendant is using in commerce words, terms, names, symbols, devices, or combinations thereof, or false designations of origin in connection with Defendant's reproduction, marketing, offering for sale, and selling the AIOS HD media player that are likely to cause confusion, or to cause mistake, or to deceive as to the affiliation, connection, or association of Defendant with the BDA, or as to the

origin, sponsorship, or approval of Defendant's goods, services, or commercial activities by the BDA, in violation of 15 U.S.C. § 1125(a).

30. The BDA has not authorized Defendant's use of the BDA Trademarks.

31. Defendant acted willfully, with the intent to harm the BDA, and to trade on the BDA's reputation and goodwill.

32. On information and belief, Defendant profited from its infringing conduct.

33. The BDA has suffered damages resulting from Defendant's infringing conduct.

34. By reason of Defendant's infringing conduct, the BDA has suffered, is suffering, and will continue to suffer irreparable harm and, unless Defendant is enjoined, the irreparable harm to the BDA will continue. The BDA has no adequate remedy at law.

## THIRD CLAIM FOR RELIEF
## UNFAIR COMPETITION
### (Common Law)

35. The BDA realleges and incorporates herein by reference the allegations in paragraphs 1 through 33.

36. Defendant, by virtue of its acts as alleged above, has willfully, knowingly, and intentionally engaged in acts of unfair competition under the common law of the State of California.

37. As a direct and proximate cause of Defendant's conduct, the BDA has sustained damages and Defendant has received wrongful gains.

38. By reason of Defendant's conduct, the BDA has suffered, is suffering, and will continue to suffer irreparable harm and, unless Defendant is enjoined, the irreparable harm to the BDA will continue. The BDA has no adequate remedy at law.

# FOURTH CLAIM FOR RELIEF
## UNFAIR BUSINESS PRACTICES
### (California Business & Professions Code §§ 17200 *et seq.*)

39. The BDA realleges and incorporates herein by reference the allegations in paragraphs 1 through 37.

40. Defendant has willfully, knowingly, and intentionally engaged in acts of unfair business practices in violation of California Business & Professions Code §§ 17200 et seq. On information and belief, Defendant fraudulently, and in violation of federal trademark laws, has diverted the BDA's customers and potential customers by falsely implying that the AIOS HD medial player sold by Defendant is a genuine Blu-ray Disc product and that Defendant has been authorized by the BDA to use the Blu-ray Disc format and to market and sell the AIOS HD media player using the BDA Trademarks.

41. On information and belief, Defendant has reaped profits as a result of its unlawful conduct.

42. As a direct and proximate result of Defendant's unlawful conduct, the BDA has suffered, is suffering, and will continue to suffer irreparable harm. The BDA has lost money or property – including revenues from legitimate Blu-ray player sales – as a result of Defendant's infringing and unlawful conduct. The BDA has no adequate remedy at law.

## PRAYER FOR RELIEF

Wherefore, the BDA prays for relief as follows:

1. That Defendant, its agents, servants, employees, attorneys, and any other persons in active concert or participation with Defendant be temporarily, preliminarily, and permanently enjoined from directly or indirectly infringing the BDA's intellectual property rights in any manner, including, but not limited to, manufacturing, producing, distributing, selling, offering for sale, disposing of, or using any goods, services, or advertisements bearing any simulation, reproduction,

1 counterfeit, copy, or colorable imitation of any of the BDA Trademarks, including Blu-ray Disc or Blu-ray 3D, or otherwise making any unauthorized use of one or more of the BDA Trademarks;

2. That Defendant be directed to deliver to the BDA all materials bearing any simulation, reproduction, counterfeit, copy, or colorable imitation of the BDA Trademarks, as well as:

    a. any labels, packages, wrappers, containers or any other unauthorized promotion or advertising material item which reproduces, copies, counterfeits, imitates or bears any of the BDA Trademarks;

    b. any devices or elements used for making or manufacturing products incorporating the BDA Trademarks; and

    c. any sales and supply of customer journals, ledgers, invoices, purchase orders, inventory control documents, bank records, catalogs and all other business records, believed to concern the manufacture, purchase, advertising, sale or offering for sale of products that incorporate the BDA Trademarks;

3. That Defendant be directed to file with the Court and serve upon counsel for the BDA within thirty days after entry of judgment a report in writing under oath setting forth in detail the manner and form in which Defendant has complied with the requirements of the injunction;

4. For damages according to proof;

5. For damages as authorized by the relevant statutes;

6. For disgorgement of any money, property, or the value of any other economic benefit that Defendant has received as a result of its conduct;

7. For interest as allowed by law;

8. For costs of suit, including attorneys' fees; and

9. For such other relief available under law that the Court deems just and proper.

1 | Dated:   February 15, 2013

**DECHERT LLP**

By: _____
Christopher S. Ruhland

Attorneys for Plaintiff
BLU-RAY DISC ASSOCIATION

## DEMAND FOR JURY TRIAL

Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, the BDA hereby demands a trial by jury.

Dated: February 15, 2013

DECHERT LLP

By: _____
Christopher S. Ruhland

Attorneys for Plaintiff
BLU-RAY DISC ASSOCIATION

14816299

Name & Address:
Christopher S. Ruhland (State Bar No. 175054)
DECHERT LLP
633 West 5th Street, 37th Floor
Los Angeles, CA  90071-2005

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLU-RAY DISC ASSOCIATION, a California nonprofit mutual benefit corporation,<br><br>PLAINTIFF(S)<br>v.<br>PIVOS TECHNOLOGY GROUP, INC., a California corporation<br><br>DEFENDANT(S). | CASE NUMBER<br><br>CV13-01152 -SH<br><br><br>SUMMONS |

TO:   DEFENDANT(S):

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, __Christopher S. Ruhland__, whose address is __Dechert LLP, 633 West 5th Street, 37th Floor, Los Angeles, CA  90071-2005__. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: __FEB 1 5 2013__        By: __[signature]__
                                     Deputy Clerk

(Seal of the Court)

[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].

---

CV-01A (10/11)                           SUMMONS

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)

Blu-ray Disc Association

**DEFENDANTS**

Pivos Technology Group, Inc.

**(b) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)

Dechert LLP, 633 W. 5th Street, 37th Floor, Los Angeles, CA 90071
Christopher S. Ruhland (SBN 175054)/ Amy L. Rudd (SBN 212737)/ Anna Do (SBN 281327)

**Attorneys** (If Known)

---

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff
☑ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☑ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify):
☐ 6 Multi-District Litigation
☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☑ Yes ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☑ No   ☑ **MONEY DEMANDED IN COMPLAINT: $** _____

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
Federal trademark infringement under 15 U.S.C. § 1114, false designation of origin under 15 U.S.C. § 1125(A).

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | | | ☐ 535 Death Penalty | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/ Other | |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 340 Marine | BANKRUPTCY | ☐ 550 Civil Rights | ☐ 740 Railway Labor Act |
| | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 790 Other Labor Litigation |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | FORFEITURE/ PENALTY | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | | ☐ 355 Motor Vehicle Product Liability | | ☐ 610 Agriculture | PROPERTY RIGHTS |
| ☐ 810 Selective Service | | | CIVIL RIGHTS | ☐ 620 Other Food & Drug | ☐ 820 Copyrights |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 830 Patent |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury- Med Malpractice | ☐ 442 Employment | | ☑ 840 Trademark |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 365 Personal Injury- Product Liability | ☐ 443 Housing/Acco- mmodations | | SOCIAL SECURITY |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | | ☐ 445 American with Disabilities - Employment | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 893 Environmental Matters | REAL PROPERTY | | | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | | ☐ 446 American with Disabilities - Other | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | IMMIGRATION | | | ☐ 865 RSI (405(g)) |
| ☐ 900 Appeal of Fee Determi- nation Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | ☐ 462 Naturalization Application | ☐ 440 Other Civil Rights | ☐ 690 Other | FEDERAL TAX SUITS |
| | ☐ 240 Torts to Land | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| | ☐ 245 Tort Product Liability | ☐ 463 Habeas Corpus- Alien Detainee | | | |
| ☐ 950 Constitutionality of State Statutes | ☐ 290 All Other Real Property | ☐ 465 Other Immigration Actions | | | ☐ 871 IRS-Third Party 26 USC 7609 |

---

**FOR OFFICE USE ONLY:** Case Number: **CV13-01152**

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
**CIVIL COVER SHEET**

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☑ No ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☑ No ☐ Yes
If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**
(Check all boxes that apply)
☐ A. Arise from the same or closely related transactions, happenings, or events; or
☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles County | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | Alameda County |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
**Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles County | |

* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved.

X. SIGNATURE OF ATTORNEY (OR PRO PER): _____ Date February 15, 2013

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |