UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLU-RAY DISC ASSOCIATION, a California nonprofit mutual benefit corporation,<br><br>Plaintiff,<br><br>v.<br><br>PIVOS TECHNOLOGY GROUP, INC., a California corporation,<br><br>Defendant. | Case No. 2:13-CV-01152 SVW<br><br>**PERMANENT INJUNCTION**<br><br>NOTE: COURT MODIFICATIONS |

JS-6

1  The Court has reviewed the joint Stipulation to Permanent Injunction
2  submitted by the parties to this action. Based on the Stipulation, and good cause
3  appearing, IT IS ORDERED, ADJUDGED AND DECREED THAT:
4  Defendant PIVOS TECHNOLOGY GROUP ("Pivos"), and its officers,
5  directors, employees, agents, parents, successors, predecessors, attorneys,
6  representatives, affiliates, and all other persons who have at any time acted with
7  Pivos's authority or on its behalf are permanently enjoined from:
8      1. imitating, copying, counterfeiting, or making unauthorized use of any
9  trademarks owned by the Blu-ray Disc Association ("BDA"), including but not
10 limited to:
11         a. **BLU-RAY DISC** (U.S. Reg. No. 2901104) (word only)
12         b. **BLU-RAY 3D** (U.S. Reg. Nos. 4039248 and 4039249)

[Blu-ray 3D logos]

16         c. **B BLU-RAY DISC** (U.S. Reg. No. 3657054)

[Blu-ray Disc logo]

20         d. **B** (U.S. Reg. No. 3657060)

[B logo]

24         e. **BONUS VIEW** (U.S. Reg. No. 4168176)

**BONUS VIEW**

- 1 -

1         f.     **BD Live** (U.S. Reg. No. 3538506)

[BD Live logo]

7 (collectively, the "BDA Trademarks").

8     2.     manufacturing, producing, distributing, selling, offering for sale, marketing, or advertising any product bearing any reproduction, copy, counterfeit, or colorable imitation of the BDA Trademarks;

11     3.     using any false designation of origin or false description that can, or is likely to, lead the public or individual members thereof to believe that any product manufactured, produced, distributed, sold, offered for sale, marketed, or advertised by Pivos is capable of playing back BD-ROM discs (whether BD-ROM, BD-R or BD-RE discs) or BD-ROM content in any file format, including .iso file format;

16     4.     engaging in any other activity constituting an infringement of the BDA's trademark rights or otherwise unfairly competing with the BDA.

~~The Court shall retain jurisdiction after the termination of this action to enforce this permanent injunction.~~

IT IS SO ORDERED.

DATED:    <u>July 1, 2013</u>

                                          /s/ Stephen V. Wilson
                                          _____
                                          The Hon. Stephen V. Wilson
                                          U.S. District Court Judge